IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CATHY ANN WHITE,<br><br>  Plaintiff,<br><br>v.<br><br>SAVASENIORCARE ADMINISTRATIVE AND CONSULTING, LLC, PLEASANT SPRING OPERATING COMPANY, LLC, ET AL.,<br><br>  Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO. 5:22-CV-00037-RWS |

## **FINAL JUDGMENT**

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that above-captioned cause is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 31st day of August, 2022.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE